UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENESTER BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>WRIGHT SCOTT & ASSOCIATES, LLC and<br>DONNELL WRIGHT,<br><br>    Defendants. | Civil Action No.: 11-10898-DJC |

**CASPER, J.**                                                                                         **April 6, 2012**

## DEFAULT JUDGMENT

    Defendants Wright Scott & Associates, LLC and Donnell Wright, having failed to plead or otherwise defend in this action and its default having been entered, and having determined that Defendant is not an infant or incompetent person or in the military service of the United States,

    Now, upon application of Plaintiff and a factual determination by the Court, Defendant owes Plaintiff the sum of $1,000 in civil damages pursuant to 15 U.S.C. § 1692k, and, upon affidavits demonstrating that the Plaintiff has incurred costs in the sum of $490.00, and attorney's fees as mandated by statute pursuant to 15 U.S.C. § 1692k(a)(3), and Mass. Gen. L. c. 93A, §9, incurred in the amount of $5,150.00,

    It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendants Wright Scott & Associates, LLC and Donnell Wright, jointly and severally, the statutory amount of $1,000, with costs in the amount of $490.00 and attorney's fees in the amount

of $5,150.00 and prejudgment interest at the rate of 12% from May 19, 2011 until December 29, 2011 in the amount of $110.00 for a total judgment $6,750.00 with interest as provided by law.

**So ordered.**

_____
United States District Judge

NOTE: The post judgment rate effective this date is .17%.